# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2010

Marilyn Kelly,
Chief Justice

140442

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                            SC: 140442
                                                             COA: 294996
                                                             Wayne CC: 08-002121-FH
CHARLES ROBERT CAHILL,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 22, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2010

0519

_____
Clerk